In the Matter of EDWARD MURPHY et al., Respondents-Appellants, v UNITED STATES DREDGING CORPORATION, Appellant-Respondent, et al., Respondents.

Submitted January 3, 2012; decided March 29, 2012

Reported below, 74 AD3d 815.

Motion by appellant-respondent for leave to appeal denied. Motion by respondents-appellants for leave to appeal dismissed upon the ground that simultaneous appeals do not lie to both the Appellate Division and the Court of Appeals (*see Parker v Rogerson*, 35 NY2d 751, 753 [1974]).

ROSE GROUP PARK AVENUE LLC et al., Appellants, v NEW YORK STATE LIQUOR AUTHORITY, Respondent. THE PRESERVATION COALITION et al., Intervenors-Respondents.

Submitted February 27, 2012; decided March 29, 2012

Reported below, 93 AD3d 1.

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

DANIEL SINGER, Appellant, v CASEY KRUL, Respondent.

Submitted February 6, 2012; decided March 29, 2012

Reported below, 90 AD3d 1378.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Cuadrado v New York City Tr. Auth.*, 65 AD3d 434 [2009], *lv dismissed* 14 NY3d 748 [2010]).